UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09-40233-399 |
| | ) | |
| AMOS D MYRICK JR | ) | Chapter 13 |
| CHRISTINE MYRICK | ) | |
| | ) | |
| Debtors | ) | |

## LIST OF UNCLAIMED FUNDS AND ENTITIES WHICH ARE ENTITLED TO PAYMENT

Comes now John V. Labarge, Jr., Chapter 13 Trustee, Standing Chapter 13 Trustee, and provides list for filing pursuant to Bankruptcy Rule 3011. The following is a list of all known names and addresses of the entities and the amounts which they are entitled to be paid from remaining property of the estate that is paid herewith into Court pursuant to 11 U.S.C. § 347(A):

KELLER STUDENT ACCT
1 TOWER LN                                                                                          $171.07
OAKBROOK TERRACE, IL  60181
0014

Dated: August 31, 2011                      /s/ John V. Labarge, Jr., Chapter 13 Trustee
UNCLFUNDS--XC                                  John V. Labarge, Jr., Chapter 13 Trustee
                                                                  P.O. Box 430908
                                                                  St. Louis, MO  63143
                                                                  (314) 781-8100  Fax: (314) 781-8881
                                                                  trust33@ch13stl.com